## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV2334                                Assigned/Issued By: J. N.

Judge Name: HOLDERMAN                      Designated Magistrate Judge: VALDEZ

---

### FEE INFORMATION

Amount Due:   ☑ $350.00    ☐ $39.00    ☐ $5.00
              ☐ IFP        ☐ No Fee    ☐ Other _____
              ☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350_____              Receipt #: 2722795_____

Date Payment Rec'd: 4-24-08_____    Fiscal Clerk: J. N._____

---

### ISSUANCES

☑ Summons                                ☐ Alias Summons
☐ Third Party Summons                    ☐ Lis Pendens
☐ Non Wage Garnishment Summons           ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons     _____
                                         _____
                                         *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets            ☐ Other
☐ Writ _____              _____
   *(Type of Writ)*                      _____
                                         *(Type of issuance)*

2____Original and 0_____ copies on 4-24-08_____ as to GATES OJEDA'S, INC.;_____
                                      (Date)
JOSE OJEDA
_____

_____