UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LABORERS' PENSION FUND; ET AL** <br><br> PLAINTIFF(S) <br><br> vs. <br><br> **GATES OJEDA'S INC., JOSE OJEDA, individually & d/b/a GATE'S OJEDA'S INC.** <br><br> DEFENDANT(S) | COURT DATE: <br><br> Case No. <br> **08 CV 2334** <br><br><br> SERVICE DOCUMENTS: <br> **SUMMONS & COMPLAINT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **May 03, 2008**, at **11:05 AM**, I served the above described documents upon **JOSE OJEDA** as shown below:

**PERSONAL SERVICE** was made by leaving a true and correct copy to the within named individual, **JOSE OJEDA**.

Said service was effected at **13758 PORTAGE COURT, PLAINFIELD, IL 60544**.

**DESCRIPTION:** Gender: **M**  Race: **HISPANIC**  Age: **45**  Hgt: **5'9"**  Wgt: **190**  Hair: **BLACK/GRAY**  Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

_____
Karen Crohan, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 5th day of May, 2008

_____
NOTARY PUBLIC

OFFICIAL SEAL
ROBERT D FAIRBANKS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/08/10

CLIENT NAME:
Laborers Pension and Welfare Funds*
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
38270