UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

LABORERS' PENSION FUND; ET A;

                                    PLAINTIFF(S)

vs.

GATES OJEDA'S INC., JOSE OJEDA, individually & d/b/a GATE'S
OJEDA'S INC.

                                    DEFENDANT(S)

COURT DATE:

Case No.
08 CV 2334

SERVICE DOCUMENTS:
SUMMONS & COMPLAINT

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **May 01, 2008**, at **12:56 PM**, I served the above described documents upon **GATE'S OJEDA'S INC.** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **NANCY MURPHY / ACCOUNTANT**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **4010 S. CALIFORNIA AVE, CHICAGO, IL 60632.**

**DESCRIPTION:** Gender: **F**  Race: **WHITE**  Age: **40**  Hgt: **5'6"**  Wgt: **145**  Hair: **RED**  Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

**Lisa Everett, Lic #: 117-001119**
**Judicial Attorney Services, Inc.**
**2100 Manchester Rd., Ste 900**
**Wheaton, IL 60187**
**(630) 221-9007**

SUBSCRIBED AND SWORN to before me this 2nd day of May, 2008

OFFICIAL SEAL
ROBERT D FAIRBANKS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/08/10

NOTARY PUBLIC

CLIENT NAME:
Laborers Pension and Welfare Funds*
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
38271

http://staff.judicialinc.com/Judicial_Common/Reports/rptService_Proof.aspx?id=38271&ou...   5/2/2008